## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| CHRISTOPHER J. SVOBODA, | ) | **Case No. 16-28129** |
| | ) | |
| Debtor. | ) | **Honorable Janet S. Baer** |

### CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 15th day of June, 2017, he caused the

***Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object***

***(NFR)*** to be filed electronically with the Court.  Notice of this filing will be served by U.S. Mail,

first-class postage prepaid, to the parties listed on the attached service list.

Dated:  June 15, 2017                                    BRIAN A. AUDETTE, INTERIM TRUSTEE


                                        By:  */s/ Brian A. Audette*_____
                                                    Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8540
Fax:  (312) 324-9540

Label Matrix for local noticing
0752-1
Case 16-28129
Northern District of Illinois
Chicago
Thu Jun 15 11:01:58 CDT 2017

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ACAR Leasing LTD
Pob 183853
Arlington, TX 76096-3853

Adventist LaGrange Memorial Hospital
75 Remittance Drive, Suite 3204
Chicago, IL 60675-3204

AmeriCredit/GM Financial
Po Box 183583
Arlington, TX 76096-3583

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

Baker & Miller, P.C.
29 N. Wacker Drive, Suite 500
Chicago, IL 60606-3221

CAC Financial Corp
2601 NW Expressway Street
Suite 1000E
Oklahoma City, OK 73112-7236

Capital One
Po Box 30285
Po Box 62180
Salt Lake City, UT 84130

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Central Loan Admin & R
425 Phillips Blvd
Ewing, NJ 08618-1430

City of Chicago Department of Finance
33 N. LaSalle
Suite 700
Chicago, IL 60602-3421

Daniel P. Svoboda and
Diane M. Svoboda
1410 Deerpath Lane
La Grange Park, IL 60526-1018

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Discover Personal Loan
Attention: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130-0954

Ditech Financial Llc
Po Box 6172
Rapid City, SD 57709-6172

GM Financial
PO Box 183834
Arlington, TX 76096-3834

Goldstein Fishman Bender
1 N LaSalle #2600
Chicago, IL 60602-4002

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Matco Tools
Attn: Carrie
4403 Allen Rd
Stow, OH 44224-1096

Medical Services Extended Pay
PO Box 22266
Chattanooga, TN 37422-2266

State of Illinois: Department of Revenue
PO Box 19006
Springfield, IL 62794-9006

Suburban Radiologists, SC.
1446 Momentum Place
Chicago, IL 60689-0001

Trans Lease Inc.
P.O. Box 16464
Denver, CO 80216-0464

Veronica Astorga c/o Golstein Fisher
1 N. LaSalle #2600
Chicago, IL 60602-4002

Zwicker & Associates, P.C.
7366 N. Lincoln Avenue, Suite 102
Lincolnwood, IL 60712-1738

Brian Audette
Perkins Coie LLP
131 S Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Christopher J Svoboda
8606 45th Street
Lyons, IL 60534-1617

James J Haller
Sulaiman Law Group
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523-3810

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Daniel P. Svoboda and Diane M. Svoboda
1410 Deerpath Lane
La Grange Park, IL 60526-1018

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34