**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SVOBODA, CHRISTOPHER J                   § Case No. 16-28129
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $149,079.00            Assets Exempt: $21,624.34
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $16,632.93     Claims Discharged
                                                   Without Payment: $55,510.70

   Total Expenses of Administration: $2,681.44

   3) Total gross receipts of $   19,314.37   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $19,314.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,681.44 | 2,681.44 | 2,681.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 72,143.63 | 72,143.63 | 16,632.93 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,825.07 | $74,825.07 | $19,314.37 |

4) This case was originally filed under Chapter 7 on August 31, 2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/09/2017           By:  /s/Brian Audette
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| First Investors Life Insurance Company Whole Lif | 1129-000 | 19,314.37 |
| **TOTAL GROSS RECEIPTS** | | **$19,314.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 2,681.44 | 2,681.44 | 2,681.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,681.44** | **$2,681.44** | **$2,681.44** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Personal Loan | 7100-000 | N/A | 20,133.76 | 20,133.76 | 4,641.91 |
| 2 | Discover Bank | 7100-000 | N/A | 3,669.33 | 3,669.33 | 845.97 |
| 3 | ACAR Leasing LTD | 7100-000 | N/A | 2,164.89 | 2,164.89 | 499.12 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,022.89 | 1,022.89 | 235.83 |
| 5 | Daniel P. Svoboda and | 7100-000 | N/A | 30,692.00 | 30,692.00 | 7,076.13 |
| 6 | Cavalry SPV I, LLC | 7100-000 | N/A | 7,999.49 | 7,999.49 | 1,844.31 |
| 7 | American Express Bank, FSB | 7100-000 | N/A | 6,461.27 | 6,461.27 | 1,489.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $72,143.63 | $72,143.63 | $16,632.93 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 16-28129 | **Trustee:** | (330232) Brian Audette, Chapter 7 Trustee |
| --- | --- | --- | --- |
| **Case Name:** | SVOBODA, CHRISTOPHER J | **Filed (f) or Converted (c):** | 08/31/16 (f) |
| | | **§341(a) Meeting Date:** | 09/27/16 |
| **Period Ending:** | 10/09/17 | **Claims Bar Date:** | 01/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   8606 45th Street, Lyons IL 60534-0000, Cook Sing    Imported from original petition Doc# 1 | 138,889.00 | 0.00 | | 0.00 | FA |
| 2   Cash    Imported from original petition Doc# 1 | 30.00 | 30.00 | | 0.00 | FA |
| 3   Deposits of money: JPMorgan Chase account ending    Imported from original petition Doc# 1 | 560.00 | 35.66 | | 0.00 | FA |
| 4   Everyday Household Goods    Imported from original petition Doc# 1 | 640.00 | 640.00 | | 0.00 | FA |
| 5   Electronics including personal computer    Imported from original petition Doc# 1 | 405.00 | 405.00 | | 0.00 | FA |
| 6   Everyday Wearing Apparel    Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7   Miscellaneous    Imported from original petition Doc# 1 | 20.00 | 20.00 | | 0.00 | FA |
| 8   Exercise Equipment and Guitar with Amp    Imported from original petition Doc# 1 | 390.00 | 390.00 | | 0.00 | FA |
| 9   First Investors Life Insurance Company Whole Lif    Imported from original petition Doc# 1 | 21,195.84 | 19,314.37 | | 19,314.37 | FA |
| 10   Ret. or Pension Acct.: Local 701 Automobile Mech    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11   Accounts receivable from prior business (approxi    Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12   State of Illinois tax refund: State    Imported from original petition Doc# 1 | 245.00 | 245.00 | | 0.00 | FA |
| 13   Drivers license    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14   List of former customers when representing Matco    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15   Chevrolet Cruze 2016 6,900. Entire property valu    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-28129  
**Case Name:** SVOBODA, CHRISTOPHER J

**Trustee:** (330232)  Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 08/31/16 (f)  
**§341(a) Meeting Date:** 09/27/16  

**Period Ending:** 10/09/17

**Claims Bar Date:** 01/27/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Chevrolet S-10 Pickup 1999 159,106 Debtor's esti<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Used tool box and tools. Tool box estimated valu<br>Imported from original petition Doc# 1 | 4,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2013 laptop computer<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 18 | **Assets    Totals** (Excluding unknown values) | **$170,274.84** | **$23,380.03** | | **$19,314.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee's TFR/Fee Application set for hearing on 7/11/17.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2017    **Current Projected Date Of Final Report (TFR):**  December 31, 2017

Printed: 10/09/2017 02:50 PM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-28129  
**Case Name:** SVOBODA, CHRISTOPHER J  

**Taxpayer ID #:** **-***0702  
**Period Ending:** 10/09/17  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/19/17 | {9} | Chase | Proceeds from cashed out insurance policy | 1129-000 | 19,314.37 | | 19,314.37 |
| 07/11/17 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $2,681.44, Trustee Compensation;  Reference: | 2100-000 | | 2,681.44 | 16,632.93 |
| 07/11/17 | 102 | Discover Personal Loan | Dividend paid 23.05% on $20,133.76; Claim# 1; Filed: $20,133.76; Reference: | 7100-000 | | 4,641.91 | 11,991.02 |
| 07/11/17 | 103 | Discover Bank | Dividend paid 23.05% on $3,669.33; Claim# 2; Filed: $3,669.33; Reference: | 7100-000 | | 845.97 | 11,145.05 |
| 07/11/17 | 104 | ACAR Leasing LTD | Dividend paid 23.05% on $2,164.89; Claim# 3; Filed: $2,164.89; Reference: | 7100-000 | | 499.12 | 10,645.93 |
| 07/11/17 | 105 | Capital One Bank (USA), N.A. | Dividend paid 23.05% on $1,022.89; Claim# 4; Filed: $1,022.89; Reference: | 7100-000 | | 235.83 | 10,410.10 |
| 07/11/17 | 106 | Daniel P. Svoboda and | Dividend paid 23.05% on $30,692.00; Claim# 5; Filed: $30,692.00; Reference: | 7100-000 | | 7,076.13 | 3,333.97 |
| 07/11/17 | 107 | Cavalry SPV I, LLC | Dividend paid 23.05% on $7,999.49; Claim# 6; Filed: $7,999.49; Reference: | 7100-000 | | 1,844.31 | 1,489.66 |
| 07/11/17 | 108 | American Express Bank, FSB | Dividend paid 23.05% on $6,461.27; Claim# 7; Filed: $6,461.27; Reference: | 7100-000 | | 1,489.66 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 19,314.37 | 19,314.37 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 19,314.37 | 19,314.37 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $19,314.37 | $19,314.37 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7766** | 19,314.37 | 19,314.37 | 0.00 |
| | $19,314.37 | $19,314.37 | $0.00 |

{} Asset reference(s)

Printed: 10/09/2017 02:50 PM    V.13.30